Board's decision to revoke or rescind a previously granted permit was arbitrary and capricious constitutes a cognizable legal theory (*see, Town of Orangetown v Magee*, 88 NY2d 41, 47-48; *see also, Matter of Gardner v Town of Canandaigua Code Enforcement Officer*, 261 AD2d 910, 911; *Matter of Sievers v City of New York*, 182 AD2d 580). (Appeal from Judgment of Supreme Court, Erie County, Mintz, J.—CPLR art 78.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Balio, JJ.

■ In the Matter of the Arbitration between ZURICH PERSONAL INSURANCE (ASSURANCE COMPANY OF AMERICA), Respondent, and MARK BUTLER et al., Appellants. [716 NYS2d 625] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gilbert, J. (*see, Matter of Prudential Prop. & Cas. Ins. Co. [Bacchus]*, 226 AD2d 384). (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Arbitration.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Balio, JJ.

■ R. SHANLY ASSOCIATES, INC., Appellant, v GREGORY Q. NESBITT, Respondent. [715 NYS2d 179] —Order unanimously affirmed without costs for reasons stated at Supreme Court, Stander, J. (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Summary Judgment.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Balio, JJ.

■ ROSALINE A. GERVASE, as Assignee of Keybank National Association, Formerly Known as KEY BANK OF WESTERN NEW YORK, N. A., Respondent, v HARRISON INDUSTRIAL PARK, INC., et al., Appellants, et al., Defendants. (Appeal No. 1.) [714 NYS2d 250] —Appeal unanimously dismissed without costs (*see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Order of Supreme Court, Erie County, McCarthy, J.—Summary Judgment.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Balio, JJ.

■ ROSALINE A. GERVASE, as Assignee of Keybank National Association, Formerly Known as KEY BANK OF WESTERN NEW YORK, N. A., Respondent, v HARRISON INDUSTRIAL PARK, INC., et al., Appellants, et al., Defendants. (Appeal No. 2.) [714 NYS2d 249] —Amended order unanimously affirmed without costs for reasons stated in decision at Supreme Court, McCarthy, J. (Appeal from Amended Order of Supreme Court, Erie County, McCarthy, J.—Summary Judgment.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Balio, JJ.

■ In the Matter of JAMES BROWN, Petitioner, v MARGARET MURPHY, as President of Board of Education of Penn Yan